THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK YUSUF, Also Known as YUSUF M. ASHFORD, Appellant.

Submitted August 8, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON JABOT, Appellant, v MARK BRADT et al., Respondents.

Submitted June 6, 2011; decided September 8, 2011

Motion for leave to appeal dismissed upon the ground that this motion for leave to appeal does not lie from the order of the individual Justice of the Appellate Division (see NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

LILLIAN ROBERTS, as Executive Director of District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, et al., Appellants, v DAVID A. PATERSON, as Governor of the State of New York, et al., Respondents.

Submitted September 6, 2011; decided September 8, 2011

Motion by New York State AFL-CIO for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be filed within seven days.